| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, CA Bar #226429 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorneys for Defendant
JAY CURTIS TUDOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:18-cr-00223 DAD |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **SENTENCING, ORDER THEREON** |
| vs. | ) | |
| | ) | Date: October 21, 2019 |
| JAY CURTIS TUDOR, | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Dale A. Drozd |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the sentencing hearing scheduled for September 16, 2019 may be may be continued to October 21, 2019, at 10:00 a.m., or the soonest time thereafter convenient to the court.

The continuance is requested to allow time to obtain Bakersfield Police Department reports regarding Mr. Tudor's prior conviction for "Disorderly Conduct: Solicit Lewd Act," listed in the PSR at paragraph 50. Defense counsel has viewed the relevant reports possessed by the United States Probation Office, but believes additional reports should exist. Copies of all reports pertaining to the incident have been requested from the Bakersfield PD, but have not yet been received.

Defense counsel believes the summary of the incident contained in the PSR is incomplete and possibly misleading. Counsel also believes the requested information is relevant to the

court's determination of the proper term of supervised releases to be imposed, and counsel is concerned that the current description of the offense could negatively affect Mr. Tudor's classification by Bureau of Prisons.

The parties agree that the delay resulting from this request shall be excluded in the interests of justice, and for effective defense investigation and preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: September 9, 2019     By    */s/ Brian W. Enos*
BRIAN W. ENOS
Assistant United States Attorney
Attorneys for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: September 9, 2019     By    */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorneys for Defendant
JAY CURTIS TUDOR

## ORDER

**IT IS SO ORDERED**. For the reasons set forth above sentencing is continued to October 21, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **September 9, 2019**     _____
UNITED STATES DISTRICT JUDGE